# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**TONY HORTON,**

**Plaintiff,**

**v.** **Case No. 24-CV-1045**

**BREANNA SMITH,**

**Defendant.**

## ORDER

On September 23, 2026, Tony Horton, who is incarcerated and representing himself, filed a motion to enlarge the number of statement of facts, (ECF No. 160), and a motion requesting the court send copies of his summary judgment response to the defendants, (ECF No. 161). On October 21, 2026, Horton filed a motion requesting the court order Racine Correctional Institution to give him back his stimulus check from the federal government. (ECF No. 163.)

Horton's motion to enlarge the number of statement of facts appears to actually be a motion to file a brief that is over 30 pages. The court grants that motion. Horton may file a motion that is 40 pages.

The court denies Horton's motion requesting the court mail copies of his summary judgment response to the defendant. The defendant consented to using ECF for filing, so filings are delivered to her electronically. Horton is not required to

mail the defendant a physical copy. However, the court reminds Horton that he is responsible for the costs of litigation, including mailing fees. If he does not have the money in his trust account, he can inquire about a legal loan at his institution.

The court also denies his motion requesting the court order Racine Correctional Institution to return his stimulus check. The court does not get involved in the day-to-day operation of correctional institutions. Horton must pursue this matter through the grievance system at Racine Correctional Institution.

**IT IS THEREFORE ORDERED** that Horton's motion to file an enlarged brief (ECF No. 160) is **GRANTED**. Horton brief may be no more than 40 pages.

**IT IS FURTHER ORDERED** that Horton's motion requesting the court send copies of his summary judgment response (ECF No. 161) is **DENIED**.

**IT IS FURTHER ORDERED** that Horton's motion requesting the court he court order Racine Correctional Institution to return his stimulus checks (ECF No. 163) is **DENIED**.

Dated in Milwaukee, Wisconsin this 3rd day of November, 2026.

Stephen C. Dries

STEPHEN DRIES
United States Magistrate Judge